# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ASSET INTEGRITY MANAGEMENT
SOLUTIONS, LLC

NO.   2019 CW 0619

VERSUS

CARY A. BOURGEOIS AND
G.E.C., INC.

**OCT 2 4 2019**

---

In Re:    Cary A. Bourgeois, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 123346.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**STAY DENIED; WRIT DENIED.**

**JEW**
**GH**

**McClendon, J.,** dissents and would grant the writ application. For the reasons set forth in my dissent in **Lathan,** I would reverse the trial court's January 29, 2019 judgment overruling the defendant's, Cary A. Bourgeois's, exceptions raising the objections of no cause of action and no right of action. **Lathan Company, Inc. v. State Department of Education, Recovery School District,** 2016-0913 (La. App. 1st Cir. 12/6/17), 237 So.3d 1, 9, writ denied, 2018-0026 (La. 2/9/18), 237 So.3d 1191. The plaintiff, Asset Integrity Management Solutions, L.L.C., has failed to state a claim against Bourgeois, nor does it have a right of action against Bourgeois.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT